UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND SHERMAN, SR., | ) | Case No. CV 06-1945 SVW(JC) |
| Petitioner, | ) | |
| | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| | ) | JUDGE |
| LARRY E. SCRIBNER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), petitioner's Motion for Leave to File Supplement to First Amended Petition ("Motion to Supplement") and the documents submitted in connection therewith, the Magistrate Judge's Order Denying the Motion to Supplement ("Order Denying Supplement"), petitioner's Objections to the Order Denying Supplement ("Supplement Objections"), the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and petitioner's Objections to the Report and Recommendation ("R&R Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.

1    The Court approves and adopts the Order Denying Supplement and the
2  Report and Recommendation and overrules petitioner's Supplement Objections
3  and R&R Objections which essentially reargue the merits of petitioner's claims
4  and are without merit.

5    IT IS ORDERED that Judgment be entered denying the Petition and
6  dismissing this action with prejudice.

7    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
8  Report and Recommendation, and the Judgment herein on petitioner and counsel
9  for respondent.

10   LET JUDGMENT BE ENTERED ACCORDINGLY.

12  DATED:  November 1, 2012

        _____
        HONORABLE STEPHEN V. WILSON
        UNITED STATES DISTRICT JUDGE