UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND SHERMAN, SR., | ) | Case No. CV 06-1945 SVW(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LARRY E. SCRIBNER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: November 1, 2012

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE